**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Virgil LANE, Defendant–Appellant.**

**No. 10–10046**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 22, 2010.

Renee Harris Toliver, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, Steven McDonald Sucsy, Assistant U.S. Attorney, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Dallas, TX, David E. Sloan, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Before JOLLY, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Virgil Lane presents arguments that he concedes are foreclosed by *United States v. Whaley,* 577 F.3d 254, 258–61 (5th Cir.2009), in which this court rejected constitutional challenges to the Sex Offender Registration and Notification Act. The Government's motion for summary af-

---

firmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.